1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01900-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 281 PINE FOREST ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-340-10, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 660 SUNSET ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-640-13, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND | |
| REAL PROPERTY LOCATED AT 1461 WESTRIDGE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-660-13-00, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

///

///

///

| REAL PROPERTY LOCATED AT 1431 WESTRIDGE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-660-12-00, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND<br><br>Defendants. | |
|---|---|

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for Hayfork, Trinity County, California;

3.   Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site www.forfeiture.gov;

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the seizure/posting;

        (3)   The identity and/or description of the property seized/posted;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

1  and served on the attorney for the Plaintiff no later than 60 days after the first day of
2  publication on the official internet government forfeiture site; and
3            (6)    A statement that answers to the Complaint or a motion
4  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
5  and served within 21 days after the filing of the claims and, in the absence thereof,
6  default may be entered and condemnation ordered.
7  Dated:  7/19/12                    BENJAMIN B. WAGNER
                                      United States Attorney
8
9
                           By:    /s/ Kevin C. Khasigian
10                                KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney
11
12
13  **IT IS SO ORDERED.**
14  DATED:  July 20, 2012
15
16
17                                _____
                                  KENDALL J. NEWMAN
18                                UNITED STATES MAGISTRATE JUDGE