BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01900-KJM-KJN |
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 281 PINE FOREST ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-340-10, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 660 SUNSET ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-640-13, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1461 WESTRIDGE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-660-13-00, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 1431 WESTRIDGE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-660-12-00, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

1

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.   This is a civil action *in rem* brought against the following real properties:

(a)   Real Property located at 281 Pine Forest Road, Hayfork, California, Trinity County, APN: 019-340-10, including all appurtenances and improvements thereto, and more fully described in Exhibit A attached hereto and incorporated herein by reference;

(b)   Real Property located at 660 Sunset Road, Hayfork, California, Trinity County, APN: 019-640-13, including all appurtenances and improvements thereto, and more fully described in Exhibit B attached hereto and incorporated herein by reference;

(c)   Real Property located at 1461 Westridge Road, Hayfork, California, Trinity County, APN: 019-660-13-00, including all appurtenances and improvements thereto, and more fully described in Exhibit C attached hereto and incorporated herein by reference; and

(d)   Real Property located at 1431 Westridge Road, Hayfork, California, Trinity County, APN: 019-660-12-00, including all appurtenances and improvements thereto, and more fully described in Exhibit D attached hereto and incorporated herein by reference.

(hereafter "defendant real properties").

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 19, 2012, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7).

3.   On July 30, 2012, all of the defendant real properties were posted with a copy of the Complaint and Notice of Complaint.

4.   Beginning on September 13, 2012, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on October 15, 2012.

5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s) and entities:

a.   Ryan J. Raketti

2

b.      Marie Mallory

c.      Pinehorse LLC

6.      Claimant Ryan J. Raketti filed a claim to the defendant real properties on August 21, 2012 and an answer to the complaint on September 10, 2012.  Claimant Marie Mallory filed a claim alleging an interest in the Real Property located at 281 Pine Forest Road, Hayfork, California, Trinity County, APN: 019-340-10 on August 24, 2012 and an answer to the complaint on September 12, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8.      That judgment is hereby entered against claimant Ryan Raketti and all other potential claimants who have not filed claims in this action.

9.      All right, title, and interest of Ryan J. Raketti in the following defendant real properties shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7), to be disposed of according to law:

a.      Real Property located at 281 Pine Forest Road, Hayfork, California, Trinity County, APN: 019-340-10, including all appurtenances and improvements thereto;

b.      Real Property located at 660 Sunset Road, Hayfork, California, Trinity County, APN: 019-640-13, including all appurtenances and improvements thereto;

c.      Real Property located at 1461 Westridge Road, Hayfork, California, Trinity County, APN: 019-660-13-00, including all appurtenances and improvements thereto; and

d.      Real Property located at 1431 Westridge Road, Hayfork, California, Trinity County, APN: 019-660-12-00, including all appurtenances and improvements thereto.

3

10.     The U.S. Marshals Service (or a designee) shall list the defendant real properties for sale.  The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the defendant real properties.

11.     If necessary, the U.S. Marshals Service, and any real estate broker employed by the U.S. Marshals Service, shall have the right to put a "lock box" on the property to facilitate the marketing and sale of the property.

12.     The following costs, expenses and distributions shall be paid in escrow from the gross sales price in the following priority and to the extent funds are available:

(a)     The costs incurred by the U.S. Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

(b)     Any unpaid real property taxes, which shall be prorated as of the date of the entry of the Final Judgment of Forfeiture.

(c)     A real estate commission not to exceed the U.S. Marshals Service contractual brokerage fee.

(d)     The seller shall pay any county transfer taxes.

(e)     To the United States of America: the net proceeds from the sale of the defendant real properties.  All right, title, and interest in said funds shall be substituted for the defendant real properties and forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

13.     Any liens or encumbrances against the defendant real properties that appear on record subsequent to the recording of plaintiff's lis pendens on July 23, 2012, and prior to the close of escrow may be paid out of escrow.  The United States may pay any such lien or encumbrance at its sole discretion.

14.     The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by the buyer.

/////

4

15.    All loan fees, "points" and other costs of obtaining financing shall be paid for by the buyer of the defendant real properties.

16.    Each party shall execute all documents necessary to close escrow, if such signatures are required by the title insurer.

17.    The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real properties with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant real properties with the Complaint and Notice of Complaint, as well as to those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

18.    Nothing in this settlement shall be construed to impair any rights claimant Marie Mallory has under the note and deed of trust that is the basis for her claim in this action.

19.    Each party shall bear his or her own costs and attorney's fees.

20.    The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 6th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

5

Final Judgment of Forfeiture

## **Exhibit A**

Real Property located at 281 Pine Forest Road, Hayfork, California

Lot 12, Block 16 of Trinity Pines Subdivision, Unit 1, as shown
on the map thereof, filed for record in the office of the County
Recorder of Trinity County, California, on July 18, 1968, in Book
4 of Maps and Surveys pages 90-95.

EXCEPTING THEREFROM one-half (½) of all oil, gas and minerals lying
more than 500 feet below the surface thereof, but without the right of
surface entry thereto, as reserved in the Deed recorded November 17, 1980,
in Book 213 of Official Records Page 559.

TOGETHER WITH a non-exclusive easement for ingress, egress and public
utilities over those portions of all units of the Trinity Pines Subdivision that
are designed as private streets on the maps thereof on file in the office of
the County Recorder of Trinity County, as described in the deed to Mary
Ann Powell, recorded November 17, 1980 in Book 213 of Official Records
page 559.

APN: 019-340-10

Final Judgment of Forfeiture

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit B

Real Property located at 660 Sunset Road, Hayfork, California

**Parcel 1:**

Lot 27, Block 28 of Trinity Pines Subdivision, Unit 3, according to the official plat thereof recorded on August 28, 1968, in Book 4 of Maps and Surveys pages, 123-130, inclusive, in the office of the County Recorder of Trinity County.

EXCEPTING THEREFROM one-half (½) of all oil, gas and minerals lying more than 500 feet below the surface thereof, but without the right of surface entry thereto, as reserved in the Deed recorded February 13, 1981, in Book 215 of Official Records Page 328.

**Parcel 2:**

TOGETHER WITH a non-exclusive easement for ingress, egress and public utilities over those portions of all units of the Trinity Pines Subdivision that are designed as private streets on the maps thereof on file in the office of the County Recorder of Trinity County, as described in the deed to Mary Ann Powell, recorded November 17, 1980 in Book 213 of Official Records page 559.

APN: 019-640-13

Final Judgment of Forfeiture

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit C</u>**

Real Property located at 1461 Westridge Road, Hayfork, California

**Parcel 1:**

Lot 65, Block 32 of Trinity Pines Subdivision, Unit 3, according to the map thereof recorded on 09-10-68, in Book 4 of Maps and Surveys pages, 123-130, inclusive, in the office of the County Recorder of Trinity County, excepting therefrom one-half (½) of all oil, gas and minerals lying more than 500 feet below the surface thereof, but without the right of surface entry thereto.

**Parcel 2:**

A non-exclusive easement for ingress, egress and public utilities over those portions of all units of Trinity Pines Subdivision that are designated as private streets of the maps thereof on file in the office of the County Recorder of Trinity County.

APN: 019-660-13

Final Judgment of Forfeiture

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit D</u>**

Real Property located at 1431 Westridge Road, Hayfork, California

Lot 64, Block 32 of Trinity Pines Subdivision, Unit 3, as shown
on the map thereof, filed for record in the office of the County
Recorder of Trinity County, California, on August 28, 1968, in
Book 4 of Maps and Surveys pages 123-130.

EXCEPTING THEREFROM one-half (½) of all oil, gas and minerals lying
more than 500 feet below the surface thereof, but without the right of
surface entry thereto, as reserved in the Deed recorded March 27, 1978, in
Book 190 of Official Records Page 263.

APN: 019-660-12

Final Judgment of Forfeiture